IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-621-CV





CITY OF HARKER HEIGHTS AND JOHN MCGEE WARFORD,



 APPELLANTS


vs.





CYNTHIA BASS,



 APPELLEE


 




FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT



NO. 133,643-C, HONORABLE STANTON B. PEMBERTON, JUDGE PRESIDING



 





PER CURIAM

 Appellants have filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.



Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed on Appellants' Motion

Filed: September 28, 1994

Do Not Publish